**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **FIRST HORIZON HOME LOAN CORP. t/d/b/a MNC MORTGAGE,** : | **CIVIL ACTION NO. 1:03-CV-1735** |
| Plaintiff : | **(Judge Conner)** |
| : | |
| v. : | |
| : | |
| **GARY L. SWEITZER ENTERPRISES, INC., et al.,** : | |
| Defendants : | |

**ORDER**

AND NOW, this 9th day of June, 2005, upon consideration of the motion of defendant Michael Sedor, Esquire, to set aside default (Doc. 39), and it appearing that the above-captioned case was previously consolidated into the case docketed as Civil Action No. 1:04-CV-1779 and was closed for administrative purposes (Doc. 38), it is hereby ORDERED that:

1. The Clerk of Court is directed to file the motion to set aside default (Doc. 39) in the consolidated case docketed as Civil Action No. 1:04-CV-1779 as of the date of this order.

    a. Defendant Michael Sedor, Esquire, shall file a brief in support of the motion (Doc. 39) on or before June 17, 2005. See L.R. 1.3, 7.5, 7.8.

    b. Subsequent briefing on the motion (Doc. 39) shall be conducted in accordance with the Local Rules. See L.R. 7.6-7.8.

2. The motion to set aside default (Doc. 39) is STRICKEN from the record in the above-captioned case.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge